UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPHINE VELEZ,

                Plaintiff,

    -against-

MELVIN MARTIN,

                Defendant.
------------------------------------------------------------X

09 Civ. 4153 (DF)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/10

**DEBRA FREEMAN, United States Magistrate Judge:**

    The Court having held a telephone conference on April 16, 2010, with counsel for both parties, it is hereby ORDERED that:

    1.    The parties shall conduct expert discovery in this action in accordance with the following schedule: Plaintiff shall produce expert report(s), if any, no later than May 11, 2010. Defendant shall produce expert report(s), if any, no later than June 11, 2010. All expert discovery in this action shall be completed no later than July 9, 2010.

    2.    No later than August 31, 2009, the parties shall make all final pretrial submissions, in accordance with this Court's Individual Practices. Counsel is advised that any motions *in limine* shall be fully briefed by that date, and that the Court expects a single submission of a jointly-proposed jury charge.

    3.    Jury selection and trial of this action shall begin on September 27, 2010.

4. Counsel are directed to participate in a follow-up telephone conference call with this Court on May 4, 2010, at 4:00 p.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
   April 19, 2010

              SO ORDERED

              DEBRA FREEMAN
              United States Magistrate Judge

Copies to:

Robert Becker, Esq.
Michael D'Agostino, Esq.
Becker & D'Agostino
880 Third Avenue
New York, NY 10022

John W. Kondulis, Esq.
James G. Bilello & Associates
875 Merrick Avenue
Westbury, NY 11590